**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TED RANEY**                                                                                   **PLAINTIFF**

**VS.**                                    **No. 3:15-CV-00004-BRW-JTK**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                    **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States

Magistrate Judge Jerome Kearney and the timely objections.[1]  After careful consideration, the

Court concludes that the Recommended Disposition is approved and adopted in its entirety as

this Court's findings in all respects.

Accordingly, Plaintiff's complaint against Defendant is DISMISSED with prejudice.

IT IS SO ORDERED this 2nd day of November, 2015.


                                                    /s/ Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 13.