## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TED RANEY**                                                      **PLAINTIFF**

**VS.**                    **No. 3:15-CV-00004-BRW-JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

### JUDGMENT

Based on the Order entered today, this CASE is DISMISSED with prejudice.

IT IS SO ORDERED this 2nd day of November, 2015.


                                                /s/ Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE